# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMINO BUENAVENTURA, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00377-LDG (RJJ) |
| v. | **ORDER** |
| CHAMPION DRYWALL, INC. OF NEVADA, *et al.*, | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that Defendants' Motion for Temporary Stay of Proceedings (#38) is DENIED as moot.

DATED this 18 day of March, 2011.

_____
Lloyd D. George
United States District Judge