# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAXIMINO BUENAVENTURA, *et al.*,

    Plaintiffs,

v.

CHAMPION DRYWALL, INC. OF NEVADA, *et al.*,

    Defendants.

Case No. 2:10-cv-00377-LDG (RJJ)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Plaintiffs' Motion for Tolling the Statute of Limitations for Federal and State Claims (#53) is DENIED.

DATED this _18_ day of March, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge