UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| MAXIMINO BUENAVENTRA, *et al.*) <br> ) <br>           Plaintiffs,   ) <br> ) <br> vs.                                  ) <br> ) <br> CHAMPION DRYWALL, INC.   ) <br> of Nevada, *et al.*,           ) <br> ) <br>           Defendants.   ) | 2:10-CV-00377-LDG-RJJ <br><br> **ORDER** |

      This matter is before the Court on Defendants' Motion to Compel Discovery (#79), Defendants' Motion for Attorneys' Fees (#80), and Plaintiffs' Opposition to Defendants' Motion to Compel (#88).

      The Court having reviewed the Motion to Compel (#79), Motion for Attorneys' Fees (#80) and the Opposition (#88), and good cause appearing therefore,

      IT IS HEREBY ORDERED that a hearing on the foregoing motions is scheduled for September 29, 2011, at 2:00 P.M. in courtroom 3D, 3rd floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

      DATED this 7th day of September, 2011.

                                                                               _____ <br>
                                                                        ROBERT J. JOHNSTON <br>
                                                                        United States Magistrate Judge