RICK D. ROSKELLEY, ESQ., Bar # 3192
CORY G. WALKER, ESQ., Bar # 12121
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone:  702.862.8800
Fax No.:    702.862.8811

Attorneys for Defendants
Champion Drywall, Inc. of Nevada,
Paul DiGuiseppi, Ron Ruby and Ed Golchuk

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMINO BUENAVENTURA, ALEJANDRO DOMINGUEZ LOPEZ, MARCELO HERNANDEZ AND ELOY PUMARINO, INDIVIDUALLY AND ON BEHALF OF OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION DRYWALL, INC. OF NEVADA, PAUL DIGUISEPPI, DENISE DIGUISEPPI, RON RUBY, ED GOLCHUK, TCR NEVADA CONSTRUCTION LIMITED PARTNERSHIP, WARMINGTON HOMES NEVADA, VANGUARD CONSTRUCTION, LLC, AND KB HOME NEVADA INC.,<br><br>Defendant. | Case No. 2:10-CV-00377-LDG-NJK<br><br>[PROPOSED] ORDER APPROVING THE PARTIES' CONFIDENTIAL SETTLEMENT AGREEMENT |

As set forth in the Parties' Stipulation for In Camera Inspection and Approval of The Parties' Settlement Agreement, Plaintiffs in this action: Maximino Buenaventura, Marcelo Hernandez, and Eloy Pumarino, and Plaintiffs from the related action, *Orduña et al. v. Champion Drywall, Inc. et al.*, Case No. 2:12-CV-1144: Modesta Celis Orduña, Yesenia Mendez, Vincente Garcia, Carlos Santiago Ventura, Moises Hernandez Cabrera, Leopoldo Rodriguez, Abigail Gomez, Julio Cesar Arriaga, Julio Morales, Luis Arriaga Ugalde, and Mario Arriaga Ugalde, along with Defendants from both actions: Champion Drywall, Inc. of Nevada, Paul DiGuiseppi, Ron Ruby, Ed Golchuk, and

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

Defendant West Coast Drywall, Inc., seek this Court's inspection and approval of the parties' settlement agreement. As further set forth in that stipulation, the parties agree that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiffs' claims in both related matters against Defendants and advances judicial economy.

Having now submitted the Settlement Agreement for the Court's review, Defendants respectfully request that the Court approve the parties' Settlement Agreement.

Dated: September 3, 2013

                                                Respectfully submitted,

/s/ Cory G. Walker
RICK D. ROSKELLEY, ESQ.
CORY G. WALKER., ESQ.
LITTLER MENDELSON

Attorneys for Defendants
Champion Drywall, Inc. of Nevada,
Paul DiGuiseppi, Ron Ruby and Ed Golchuk

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

**ORDER**

The Court, having reviewed the submission of the parties, hereby finds that the settlement reached between them represents a fair and reasonable resolution of Plaintiffs' Fair Labor Standards Act and state law claims against Defendants and advances judicial economy,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the settlement in the above-referenced action, and the related action *Orduña et al. v. Champion Drywall, Inc. et al.*, Case No. 2:12-CV-1144, represents a fair and reasonable resolution of Plaintiffs' Fair Labor Standards Act and state law claims against Defendants, and the settlement is hereby approved.

DATED: October 2, 2013

_____
UNITED STATES DISTRICT JUDGE