1  RICK D. ROSKELLEY, ESQ., Bar # 3192
   CORY G. WALKER, ESQ., Bar # 12121
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, Nevada 89169-5937
   Telephone:    702.862.8800
4  Fax No.:      702.862.8811

5  Attorneys for Defendants
   Champion Drywall, Inc. of Nevada,
6  Paul DiGuiseppi, Ron Ruby and Ed Golchuk

7                  UNITED STATES DISTRICT COURT

8                      DISTRICT OF NEVADA

9

10  MAXIMINO BUENAVENTURA,
    ALEJANDRO DOMINGUEZ LOPEZ,
11  MARCELO HERNANDEZ AND ELOY           Case No. 2:10-CV-00377-LDG-NJK
    PUMARINO, INDIVIDUALLY AND ON
12  BEHALF OF OTHER PERSONS              [PROPOSED] ORDER APPROVING
    SIMILARLY SITUATED,                  THE PARTIES' CONFIDENTIAL
13                                        SETTLEMENT AGREEMENT
                 Plaintiff,
14
    vs.
15
    CHAMPION DRYWALL, INC. OF
16  NEVADA, PAUL DIGUISEPPI, DENISE
    DIGUISEPPI, RON RUBY, ED GOLCHUK,
17  TCR NEVADA CONSTRUCTION LIMITED
    PARTNERSHIP, WARMINGTON HOMES
18  NEVADA, VANGUARD CONSTRUCTION,
    LLC, AND KB HOME NEVADA INC.,
19
                 Defendant.
20

21

22          As set forth in the Parties' Stipulation for In Camera Inspection and Approval of The Parties'

23  Settlement Agreement, Plaintiffs in this action: Maximino Buenaventura, Marcelo Hernandez, and

24  Eloy Pumarino, and Plaintiffs from the related action, *Orduña et al. v. Champion Drywall, Inc. et al.*,

25  Case No. 2:12-CV-1144: Modesta Celis Orduña, Yesenia Mendez, Vincente Garcia, Carlos Santiago

    Ventura, Moises Hernandez Cabrera, Leopoldo Rodriguez, Abigail Gomez, Julio Cesar Arriaga,
26
    Julio Morales, Luis Arriaga Ugalde, and Mario Arriaga Ugalde, along with Defendants from both
27
    actions: Champion Drywall, Inc. of Nevada, Paul DiGuiseppi, Ron Ruby, Ed Golchuk, and
28

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1   Defendant West Coast Drywall, Inc., seek this Court's inspection and approval of the parties'

2   settlement agreement.  As further set forth in that stipulation, the parties agree that the settlement

3   reached between them represents a "fair and reasonable" resolution of Plaintiffs' claims in both

4   related matters against Defendants and advances judicial economy.

5          Having now submitted the Settlement Agreement for the Court's review, Defendants

6   respectfully request that the Court approve the parties' Settlement Agreement.

7

8   Dated:  September 3, 2013

9                                                Respectfully submitted,

10

11                                               /s/ Cory G. Walker
                                                 RICK D. ROSKELLEY, ESQ.
12                                               CORY G. WALKER., ESQ.
                                                 LITTLER MENDELSON
13
                                                 Attorneys for Defendants
14                                               Champion Drywall, Inc. of Nevada,
                                                 Paul DiGuiseppi, Ron Ruby and Ed Golchuk
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2

1

## **ORDER**

2

     The Court, having reviewed the submission of the parties, hereby finds that the settlement

3

reached between them represents a fair and reasonable resolution of Plaintiffs' Fair Labor Standards

4

Act and state law claims against Defendants and advances judicial economy,

5

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the settlement in the above-

6

referenced action, and the related action *Orduña et al. v. Champion Drywall, Inc. et al.*, Case No.

7

2:12-CV-1144, represents a fair and reasonable resolution of Plaintiffs' Fair Labor Standards Act

8

and state law claims against Defendants, and the settlement is hereby approved.

9

10

DATED: ~~September~~ _2_ , 2013

11

    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3