# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAXIMINO BUENAVENTURA, *et al.*, | |
| Plaintiffs, | Case No. 2:10-cv-00377-LDG (NJK) |
| v. | **ORDER** |
| CHAMPION DRYWALL, INC. OF NEVADA, *et al.*, | |
| Defendants. | |

This matter having been settled by the parties, therefore

THE COURT **ORDERS** that Plaintiffs' Motion for Reconsideration (#142) is DENIED as MOOT.

DATED this _____ day of February, 2014.

_____
Lloyd D. George
United States District Judge