# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MAXIMINO BUENAVENTURA, *et al.*,

    Plaintiffs,

v.

CHAMPION DRYWALL, INC. OF NEVADA, *et al.*,

    Defendants.

Case No. 2:10-cv-00377-LDG (NJK)

**ORDER**

This matter having been settled by the parties, therefore

THE COURT **ORDERS** that Plaintiffs' Motion for Reconsideration (#142) is DENIED as MOOT.

DATED this ____ day of February, 2014.

_____
Lloyd D. George
United States District Judge